**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James Cardellini**
**Kathleen Cardellini**
   Debtor(s)

Bankruptcy Case No.: 17−23873−CMB
Related to Doc. No. 46
Chapter: 13
Docket No.: 47 − 46
Concil. Conf.: February 18, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 19, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 18, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2020

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23873-CMB |
| James Cardellini | Chapter 13 |
| Kathleen Cardellini | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 4 |
| Date Rcvd: Nov 13, 2020 | Form ID: 410 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Cardellini, Kathleen Cardellini, 3817 West Run Road, Munhall, PA 15120-3019 |
| cr | + | Hyundai Motor Finance, Administrator For Hyundai L, 6100 W. Plano Parkway, Suite 2000, Plano, TX 75093-8207 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14700570 | + | American Back Center, 103 Bradford Road, Wexford, PA 15090-6910 |
| 14700573 | + | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14700578 | + | HSN 2/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 14700576 | + | Halstad Financial, PO Box 828, Skokie, IL 60076-0828 |
| 14700583 | + | Jewelry TV, PO Box 105658, Atlanta, GA 30348-5658 |
| 14700584 | | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14770232 | | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14700585 | + | PennyMac Loan Services, PO Box 660924, Dallas, TX 75266-0924 |
| 14700587 | + | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14700588 | + | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14700589 | + | Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14771461 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14700592 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14700593 | + | UPMC Shadyside, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14700594 | + | Windham Professional, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14700569 | + | Email/Text: amieg@stcol.com | Nov 14 2020 03:56:00 | Allegheny Health Network, c/o State Collections, PO Box 6250, Madison, WI 53716-0250 |
| 14700571 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:28:41 | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14700574 | + | Email/Text: dplbk@discover.com | Nov 14 2020 03:57:00 | Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105 |
| 14706577 | + | Email/Text: dplbk@discover.com | Nov 14 2020 03:57:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14775812 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2020 03:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14700575 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:30:22 | Evine Live, PO Box 96009, Orlando, FL 32896-0001 |
| 14700577 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2020 03:56:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14740749 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 14 2020 03:57:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA |

Case 17-23873-CMB    Doc 48    Filed 11/15/20    Entered 11/16/20 00:32:38    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dric | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 410 | Total Noticed: 39 |

| Recip ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 92728-0809 |
| 14770267 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 14 2020 03:57:00 | | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14700579 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 14 2020 03:57:00 | | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14700580 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 14 2020 03:57:00 | | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 14700582 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 14 2020 03:56:00 | | Internal Revenu Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14700572 | | Email/PDF: ais.chase.ebn@americaninfosource.com Nov 14 2020 03:30:22 | | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14763725 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2020 10:14:26 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14702642 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2020 10:14:26 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14700586 | + | Email/PDF: gecsedi@recoverycorp.com Nov 14 2020 03:28:41 | | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14771357 | | Email/Text: bnc-quantum@quantum3group.com Nov 14 2020 03:56:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14775735 | + | Email/Text: bncmail@w-legal.com Nov 14 2020 03:57:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14700590 | + | Email/PDF: gecsedi@recoverycorp.com Nov 14 2020 03:27:02 | | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 14700591 | + | Email/PDF: gecsedi@recoverycorp.com Nov 14 2020 03:30:22 | | TJX Rewards Master Card, PO Box 530949, Atlanta, GA 30353-0949 |
| 14745944 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2020 03:30:30 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714454 | *+ | Allegheny Health Network, c/o State Collections, PO Box 6250, Madison, WI 53716-0250 |
| 14714455 | *+ | American Back Center, 103 Bradford Road, Wexford, PA 15090-6910 |
| 14714456 | *+ | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14714458 | *+ | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14714459 | *+ | Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105 |
| 14714460 | *+ | Evine Live, PO Box 96009, Orlando, FL 32896-0001 |
| 14714462 | *+ | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14714463 | *+ | HSN 2/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 14714461 | *+ | Halstad Financial, PO Box 828, Skokie, IL 60076-0828 |
| 14700581 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714464 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714466 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714465 | *+ | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 14714467 | * | Internal Revenu Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14714457 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14714468 | *+ | Jewelry TV, PO Box 105658, Atlanta, GA 30348-5658 |

Case 17-23873-CMB    Doc 48    Filed 11/15/20    Entered 11/16/20 00:32:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dric | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 13, 2020 | Form ID: 410 | Total Noticed: 39 |

| | | |
| --- | --- | --- |
| 14714469 | * | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14714470 | *+ | PennyMac Loan Services, PO Box 660924, Dallas, TX 75266-0924 |
| 14714471 | *+ | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14714472 | *+ | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14714475 | *+ | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 14714476 | *+ | TJX Rewards Master Card, PO Box 530949, Atlanta, GA 30353-0949 |
| 14714473 | *+ | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14714474 | *+ | Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14714477 | *+ | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14714478 | *+ | UPMC Shadyside, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14714479 | *+ | Windham Professional, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 3 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Kenneth M. Steinberg
    on behalf of Debtor James Cardellini julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Joint Debtor Kathleen Cardellini julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Hyundai Motor Finance  Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com,

District/off: 0315-2 | User: dric | Page 4 of 4
Date Rcvd: Nov 13, 2020 | Form ID: 410 | Total Noticed: 39

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11