Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James Cardellini
Kathleen Cardellini**
Debtor(s)

Bankruptcy Case No.: 17−23873−CMB
Per February 18, 2021 Proceeding
Chapter: 13
Docket No.: 52 − 47, 49
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 28, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $2,710.00 as of March, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.   Additional Terms: Hyundai Capital America (Cl. #3) to be paid as Long Term Continuing Debt.

The secured claim(s) of the following creditor(s) shall govern, and then following all allowed post−petition payment change notices filed of record: PennyMac Loan Services (Cl. #6).

Trustee's Certificate of Default is resolved by this Confirmation Order.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: February 22, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23873-CMB |
| James Cardellini | Chapter 13 |
| Kathleen Cardellini | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 4
Date Rcvd: Feb 22, 2021      Form ID: 149      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Cardellini, Kathleen Cardellini, 3817 West Run Road, Munhall, PA 15120-3019 |
| cr | + | Hyundai Motor Finance, Administrator For Hyundai L, 6100 W. Plano Parkway, Suite 2000, Plano, TX 75093-8207 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14700570 | + | American Back Center, 103 Bradford Road, Wexford, PA 15090-6910 |
| 14700573 | + | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14700578 | + | HSN 2/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 14700576 | + | Halstad Financial, PO Box 828, Skokie, IL 60076-0828 |
| 14700583 | + | Jewelry TV, PO Box 105658, Atlanta, GA 30348-5658 |
| 14700584 | | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14770232 | | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14700585 | + | PennyMac Loan Services, PO Box 660924, Dallas, TX 75266-0924 |
| 14700587 | + | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14700588 | + | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14700589 | + | Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14771461 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14700592 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14700593 | + | UPMC Shadyside, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14700594 | + | Windham Professional, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14700569 | + | Email/Text: amieg@stcol.com | Feb 23 2021 01:59:00 | Allegheny Health Network, c/o State Collections, PO Box 6250, Madison, WI 53716-0250 |
| 14700571 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:37:16 | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14700573 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2021 01:37:35 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14700574 | + | Email/Text: dplbk@discover.com | Feb 23 2021 02:00:00 | Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105 |
| 14706577 | + | Email/Text: dplbk@discover.com | Feb 23 2021 02:00:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14775812 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2021 02:00:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14700575 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:37:16 | Evine Live, PO Box 96009, Orlando, FL 32896-0001 |
| 14700577 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2021 01:59:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14740749 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 23 2021 02:00:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14770267 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 23 2021 02:00:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14700579 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 23 2021 02:00:00 | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14700580 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 23 2021 02:00:00 | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 14700582 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2021 01:59:00 | Internal Revenu Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14700572 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 23 2021 01:37:16 | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14763725 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 01:39:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14702642 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 01:37:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14700586 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:37:16 | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14771357 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2021 01:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14700587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2021 01:37:35 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14775735 | + | Email/Text: bncmail@w-legal.com | Feb 23 2021 02:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14700590 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:39:09 | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 14700591 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:39:09 | TJX Rewards Master Card, PO Box 530949, Atlanta, GA 30353-0949 |
| 14745944 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 23 2021 01:39:17 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714454 | *+ | Allegheny Health Network, c/o State Collections, PO Box 6250, Madison, WI 53716-0250 |
| 14714455 | *+ | American Back Center, 103 Bradford Road, Wexford, PA 15090-6910 |
| 14714456 | *+ | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14714458 | *+ | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14714459 | *+ | Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105 |
| 14714460 | *+ | Evine Live, PO Box 96009, Orlando, FL 32896-0001 |
| 14714462 | *+ | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14714463 | *+ | HSN 2/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 14714461 | *+ | Halstad Financial, PO Box 828, Skokie, IL 60076-0828 |
| 14700581 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714464 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714466 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |

District/off: 0315-2 | User: dric | Page 3 of 4
Date Rcvd: Feb 22, 2021 | Form ID: 149 | Total Noticed: 39

| | | |
|---|---|---|
| 14714465 | *+ | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 14714467 | * | Internal Revenu Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14714457 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14714468 | *+ | Jewelry TV, PO Box 105658, Atlanta, GA 30348-5658 |
| 14714469 | * | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14714470 | *+ | PennyMac Loan Services, PO Box 660924, Dallas, TX 75266-0924 |
| 14714471 | *+ | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14714472 | *+ | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14714475 | *+ | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 14714476 | *+ | TJX Rewards Master Card, PO Box 530949, Atlanta, GA 30353-0949 |
| 14714473 | *+ | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14714474 | *+ | Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14714477 | *+ | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14714478 | *+ | UPMC Shadyside, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14714479 | *+ | Windham Professional, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 3 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Kenneth M. Steinberg
  on behalf of Debtor James Cardellini julie.steidl@steidl-steinberg.com
  kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
  on behalf of Joint Debtor Kathleen Cardellini julie.steidl@steidl-steinberg.com
  kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 4 of 4 |
| Date Rcvd: Feb 22, 2021 | Form ID: 149 | Total Noticed: 39 |

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Hyundai Motor Finance  Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11