Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **James Cardellini** : | Case No. 17−23873−CMB |
| **Kathleen Cardellini** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | Related to Doc. No. 64 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 31st of January, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23873-CMB
James Cardellini     Chapter 13
Kathleen Cardellini
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jan 31, 2022     Form ID: 309     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Cardellini, Kathleen Cardellini, 3817 West Run Road, Munhall, PA 15120-3019 |
| 14700570 | + | American Back Center, 103 Bradford Road, Wexford, PA 15090-6910 |
| 14700583 | + | Jewelry TV, PO Box 105658, Atlanta, GA 30348-5658 |
| 14700585 | + | PennyMac Loan Services, PO Box 660924, Dallas, TX 75266-0924 |
| 14771461 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14700592 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14700593 | + | UPMC Shadyside, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14700594 | + | Windham Professional, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: HY11.COM | Feb 01 2022 04:43:00 | Hyundai Motor Finance, Administrator For Hyundai L, 6100 W. Plano Parkway, Suite 2000, Plano, TX 75093-8207 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 31 2022 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14700569 | + | Email/Text: amieg@stcol.com | Jan 31 2022 23:40:00 | Allegheny Health Network, c/o State Collections, PO Box 6250, Madison, WI 53716-0250 |
| 14700571 | + | EDI: RMSC.COM | Feb 01 2022 04:43:00 | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14700573 | + | EDI: CITICORP.COM | Feb 01 2022 04:43:00 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14700574 | + | EDI: DISCOVERPL | Feb 01 2022 04:43:00 | Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105 |
| 14706577 | + | EDI: DISCOVERPL | Feb 01 2022 04:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14775812 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 31 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14700575 | + | EDI: RMSC.COM | Feb 01 2022 04:43:00 | Evine Live, PO Box 96009, Orlando, FL 32896-0001 |
| 14700577 | + | EDI: WFNNB.COM | Feb 01 2022 04:43:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14700578 | + | EDI: WFNNB.COM | Feb 01 2022 04:43:00 | HSN 2/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 14700576 | + | Email/Text: reports@halstedfinancial.com | | |

Case 17-23873-CMB   Doc 67   Filed 02/02/22   Entered 02/03/22 00:28:45   Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 309 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 31 2022 23:40:00 | Halstad Financial, PO Box 828, Skokie, IL 60076-0828 |
| 14740749 | + | EDI: HY11.COM | Feb 01 2022 04:43:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14770267 | + | EDI: HY11.COM | Feb 01 2022 04:43:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14700579 | + | EDI: HY11.COM | Feb 01 2022 04:43:00 | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14700580 | + | EDI: HY11.COM | Feb 01 2022 04:43:00 | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 14700582 | | EDI: IRS.COM | Feb 01 2022 04:43:00 | Internal Revenu Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14700572 | | EDI: JPMORGANCHASE | Feb 01 2022 04:43:00 | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14700584 | | EDI: CITICORP.COM | Feb 01 2022 04:43:00 | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14770232 | | Email/PDF: ebnotices@pnmac.com | Jan 31 2022 23:41:20 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14763725 | | EDI: PRA.COM | Feb 01 2022 04:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14702642 | + | EDI: RECOVERYCORP.COM | Feb 01 2022 04:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14700586 | + | EDI: RMSC.COM | Feb 01 2022 04:43:00 | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14771357 | | EDI: Q3G.COM | Feb 01 2022 04:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14700587 | + | EDI: CITICORP.COM | Feb 01 2022 04:43:00 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14775735 | + | Email/Text: bncmail@w-legal.com | Jan 31 2022 23:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14700590 | + | EDI: RMSC.COM | Feb 01 2022 04:43:00 | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 14700591 | + | EDI: RMSC.COM | Feb 01 2022 04:43:00 | TJX Rewards Master Card, PO Box 530949, Atlanta, GA 30353-0949 |
| 14700588 | + | EDI: WTRRNBANK.COM | Feb 01 2022 04:43:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14700589 | + | EDI: WTRRNBANK.COM | Feb 01 2022 04:43:00 | Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14745944 | | EDI: AIS.COM | Feb 01 2022 04:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714454 | *+ | Allegheny Health Network, c/o State Collections, PO Box 6250, Madison, WI 53716-0250 |

Case 17-23873-CMB   Doc 67   Filed 02/02/22   Entered 02/03/22 00:28:45   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 309 | Total Noticed: 39 |

| | | |
|---|---|---|
| 14714455 | *+ | American Back Center, 103 Bradford Road, Wexford, PA 15090-6910 |
| 14714456 | *+ | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14714458 | *+ | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14714459 | *+ | Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105 |
| 14714460 | *+ | Evine Live, PO Box 96009, Orlando, FL 32896-0001 |
| 14714462 | *+ | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14714463 | *+ | HSN 2/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 14714461 | *+ | Halstad Financial, PO Box 828, Skokie, IL 60076-0828 |
| 14700581 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714464 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714466 | *+ | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 14714465 | *+ | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 14714467 | * | Internal Revenu Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14714457 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14714468 | *+ | Jewelry TV, PO Box 105658, Atlanta, GA 30348-5658 |
| 14714469 | * | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14714470 | *+ | PennyMac Loan Services, PO Box 660924, Dallas, TX 75266-0924 |
| 14714471 | *+ | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14714472 | *+ | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14714475 | *+ | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 14714476 | *+ | TJX Rewards Master Card, PO Box 530949, Atlanta, GA 30353-0949 |
| 14714473 | *+ | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14714474 | *+ | Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14714477 | *+ | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14714478 | *+ | UPMC Shadyside, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14714479 | *+ | Windham Professional, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 3 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2022                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Kenneth M. Steinberg
on behalf of Debtor James Cardellini julie.steidl@steidl-steinberg.com
kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
on behalf of Joint Debtor Kathleen Cardellini julie.steidl@steidl-steinberg.com
kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 31, 2022 | Form ID: 309 | Total Noticed: 39 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Hyundai Motor Finance Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12