# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAMES CARDELLINI<br>KATHLEEN CARDELLINI<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-23873<br><br><br><br>Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/28/2017  and confirmed on 11/28/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 63,560.10 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,555.10 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,908.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,308.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 40,230.91 | 0.00 | 40,230.91 |
|    Acct: 5689 | | | | |
| HYUNDAI CAPITAL AMERICA DBA HYUNDA | 0.00 | 15,128.41 | 0.00 | 15,128.41 |
|    Acct: 8936 | | | | |
| | | | | 55,359.32 |
| Priority | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JAMES CARDELLINI | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JAMES CARDELLINI | 5.00 | 5.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG | 2,000.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| HYUNDAI LEASE TITLING TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5277 | | | | |

| 17-23873 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| | | | | |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE*<br>Acct: 3219 | 1,887.46 | 1,887.46 | 0.00 | 1,887.46 |
| | | | | 1,887.46 |

**Unsecured**

| | | | | |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY*<br>Acct: 6054 | 86.82 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK++<br>Acct: 1600 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN BACK CENTER<br>Acct: 1441 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 8718 | 3,228.94 | 0.00 | 0.00 | 0.00 |
| CHASE(*)<br>Acct: 7509 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)++<br>Acct: 3627 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER PERSONAL LOANS**<br>Acct: 3338 | 10,976.71 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 3012 | 2,334.70 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 7032 | 976.30 | 0.00 | 0.00 | 0.00 |
| HSN++<br>Acct: 7285 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEWELRY TV<br>Acct: 5861 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/I<br>Acct: 1070 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 1089 | 1,413.17 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 7646 | 3,352.98 | 0.00 | 0.00 | 0.00 |
| TD BANK USA NA**<br>Acct: 8609 | 1,288.60 | 0.00 | 0.00 | 0.00 |
| TD BANK USA NA**<br>Acct: 3101 | 2,625.59 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 7999 | 2,612.08 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 3612 | 2,755.10 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++<br>Acct: 7455 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 0509 | 2,025.37 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3219 | 1,637.87 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 0394 | 78.39 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FL<br>Acct: 4899 | 2,979.42 | 0.00 | 0.00 | 0.00 |
| HYUNDAI LEASE TITLING TRUST<br>Acct: 5277 | 1,401.13 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 1089 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-23873 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| HALSTAD FINANCIAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| WINDHAM PROFESSIONALS INC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                        57,246.78

TOTAL CLAIMED
PRIORITY                        1,887.46
SECURED                             0.00
UNSECURED                    39.773.17

Date: 02/25/2022                                                 /s/ Ronda J. Winnecour
                                                                 RONDA J WINNECOUR PA ID #30399
                                                                 CHAPTER 13 TRUSTEE WD PA
                                                                 600 GRANT STREET
                                                                 SUITE 3250 US STEEL TWR
                                                                 PITTSBURGH, PA  15219
                                                                 (412) 471-5566
                                                                 cmecf@chapter13trusteewdpa.com