| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1      James Cardellini |
| Debtor 2      Kathleen Cardellini |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number   17-23873 CMB |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5679

**Date of payment change:**
Must be at least 21 days after date of this notice        11/01/2021

**New total payment:**        $858.23
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $314.61          New escrow payment: $ 327.45

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:_____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Document ID: abf3025db7ccbd45d3068a854a2e764d075d724f69264c8083e6301b60b0aaa5

Debtor(s) <u>James    Cardellini, Kathleen Cardellini</u> Case number (*if known*) <u>17-23873 CMB</u>
First Name    Middle Name    Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Maria D. Miksich (Atty ID 319383)             Date  09/17/2021
Signature
**Print:** Maria Miksich
17 Sep 2021, 12:44:51, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701        Market Street, Suite 5000</u>
Number    Street
Philadelphia,                   PA    19106
City                            State   ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com