**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** James Cardellini<br>　　　　Kathleen Cardellini<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　　　**Movant**<br><br>vs.<br><br>**James Cardellini**<br>**Kathleen Cardellini**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　　　**Trustee** | **BK NO. 17-23873 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 28, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
James Cardellini
3817 West Run Road
Munhall, PA 15120

Kathleen Cardellini
3817 West Run Road
Munhall, PA 15120

<u>Attorney for Debtor(s)</u>
Kenneth M. Steinberg, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>September 28, 2021</u>

　　　　　　　　　　　　　　　　　　　　**/s/Maria Miksich Esquire**
　　　　　　　　　　　　　　　　　　　　Maria Miksich Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 319383
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3589
　　　　　　　　　　　　　　　　　　　　mmiksich@kmllawgroup.com